STATE of Missouri, Respondent,

v.

Roy Robin SLAVIN, Appellant.

No. WD 69015.

Missouri Court of Appeals,
Western District.

Nov. 12, 2008.

Matthew Ward, Esq., Columbia, MO, for appellant.

Shaun J. Mackelprang, Esq., and Mary H. Moore, Esq., Co–Counsel, Jefferson City, MO, for respondent.

Before DIV I: HOLLIGER, P.J., SPINDEN and HARDWICK, JJ.

ORDER

PER CURIAM.

Roy Slavin was convicted of receiving stolen property and was sentenced to eleven years imprisonment. On appeal, he contends the circuit court erred in admitting hearsay testimony. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction. **Rule 30.25(b).**

■

Norman HOPKINS, Appellant,

v.

Gary KEMPKER, et ux., Respondents.

No. WD 69292.

Missouri Court of Appeals,
Western District.

Nov. 12, 2008.

Norman Hopkins, Bonne Terre, MO, appellant acting pro se.

Emily A. Dodge, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM.

Mr. Norman Hopkins appeals from a grant of summary judgment on his claim for replevin against Respondents, employees of the Missouri Department of Corrections.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).